UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-P497-H

LATERRENCE DUANE NEAL                                           PETITIONER

V.

PATTI WEBB, WARDEN                                              RESPONDENT

**MEMORANDUM OPINION AND ORDER**

    Petitioner, Laterrence Neal, was convicted in state court of wanton murder and other offenses. In this action he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the grounds of ineffective assistance of counsel. After Respondent, Patti R. Webb, moved to dismiss, this Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). Petitioner has objected to the Magistrate's Report and Recommendation and the Court now considers that recommendation and the objections.

    This Court has reviewed the Findings of Fact, Rulings of Law and Recommendation of the Magistrate Judge and agrees with them. The Magistrate Judge considered the matter thoroughly and recommended that the petition be dismissed. Petitioner's objections do not raise any substantially new grounds for granting his petition. The Magistrate Judge has fairly and objectively dealt with all of the issues raised. This Court can add nothing further.

    This Court also believes that a reasonable jurist would not find debatable or questionable the correctness of the assessments which the Magistrate Judge has made and which this Court adopts. Therefore, the Court will not issue a certificate of appealability.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the petition of Laterrence Duane Neal for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS FURTHER ORDERED that the certificate of appealability is DENIED for the reasons set forth in the Magistrate Judge's Report and Recommendation.

This is a final and appealable order.

cc: Latterence Duane Neal, *Pro Se*
   Counsel of Record